# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:24-cv-20362

SUNG KIM ART, LLC,

      Plaintiff,

v.

SHEIN DISTRIBUTION CORP.

      Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff SUNG KIM ART, LLC, by and through its undersigned counsel, brings this Complaint against Defendant SHEIN DISTRIBUTION CORP ("Defendant" or "Shein"), for damages and injunctive relief, and in support thereof states as follows:

### JURISDICTION AND VENUE

1. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

2. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

3. Defendant is subject to personal jurisdiction in Florida.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## PARTIES

5. Plaintiff Sung Kim Art, LLC ("Sung Kim Art"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Sung Kim Art's original copyrighted Work of authorship.

6. Sung Kim Art represents and manages the artwork portfolio of the world renowned artist Leo Sung Kim ("Sung Kim"). Sung Kim is a contemporary professional artist who grew up in South Korea and is currently based in the United States. Sung Kim has been recognized in art competitions by the Minister of Culture in South Korea and the Mayor of Seoul, winning the "Grand Prize" in the former and the "Gold Metal" in the latter. His artwork is known for his inviting storybook landscapes, seascapes, gardens, and villages. Sung Kim's works have been sold and galleries and licensed by companies all over the world.

7. Defendant SHEIN DISTRIBUTION CORP. ("SDC") is a Delaware corporation that is doing business within the State of Florida.

8. Defendant does business in the U.S. as "Shein." Shein is known as the largest and fastest growing "fast fashion giant" retailers in the world.

9. At all times relevant herein, Defendant's parent company Roadget Business Pte. Ltd. owned and operated the internet website in the U.S. located at the URL www.us.shein.com (the "Website").

10. Shein was founded in 2008 and became successful for offering and distributing products at extremely low prices, and for rapidly producing products meeting the latest trends.

11. Shein was incorporated in 2021 in Delaware. Shein has quadrupled its revenue over the past three years reaching $15.7 billion dollars in sales and is seeking a $100 billion dollars in valuation of its company. That is, Defendant profits by flooding the market with

cheap, infringing products with little regard for the intellectual property rights of others. Shein reportedly adds over 1,000 new styles to its website every single day.

## THE COPYRIGHTED WORK AT ISSUE

12.     In 2003, Leo Sung Kim created the work known as "Escape." This work is shown below and referred to herein as the "Work."



13.     The Work was registered with the Register of Copyrights on Septmber 3, 2020 and was assigned registration number VA 2-220-541. Sung Kim Art, through written assignment, is the owner of copyright on the Certificate of Registration, which is attached hereto as **Exhibit 1.**

14.     Sung Kim Art's Work is protected by copyright but is not otherwise confidential, proprietary, or a trade secret.

15.     At all relevant times, Sung Kim Art was the owner of the Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

16. Defendant has never been licensed to use the Work at issue in this action for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

18. Defendant copied the Work without Sung Kim Art's permission.

19. After Defendant copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its fast fashion business.

20. Defendant copied Sung Kim Art's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2.**

22. Sung Kim Art never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Sung Kim Arts notified Defendant of the allegations set forth herein on January 24, 2023. To date, Defendant has failed to resolve the parties' dispute.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

24. Sung Kim Art incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth therein.

25. Sung Kim Art owns a valid copyright in the Work at issue in this case.

26. Defendant copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Plaintiff's authorization in violation of 17 U.S.C. § 501.

27. Defendant performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Sung Kim Art has been damaged.

30. The harm caused to Sung Kim Art has been irreparable.

WHEREFORE, the Plaintiff Sung Kim Arts LLC prays for judgment against the Defendants that:

   a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

   b. Defendant be required to pay Plaintiff its actual damages and Shein's profits attributable to the infringement, or at Plaintiff's election, statutory damages as provided in 17 U.S.C. § 504;

   c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

   d. Plaintiff be awarded pre- and post-judgment interest; and

   e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 30, 2024                    Respectfully submitted,

*/s/  Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel@sriplaw.com
LAYLA T. NGUYEN
Florida Bar Number: 1024723
Layla.nguyen@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Tel: 561-404-4350

*Counsel for Plaintiff Sung Kim Arts, LLC*